FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

DEC 10 2014

DAVID J. MALAND, CLERK
BY_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | 4:14CR 195 |
| GEORGE E. GREEN | § | Judge Schell |

### INDICTMENT     **SEALED**

THE UNITED STATES GRAND JURY CHARGES:

#### Counts One through Three

Violation:    18 U.S.C. § 666(a)(1)(B)
(Receipt and Solicitation of Bribes by Agent of Organization Receiving Federal Funds)

#### Introduction

At all times material to this Count:

1. Defendant **George E. Green** was employed in Afghanistan by a company called International Relief and Development (IRD) from approximately December 2011 through the beginning of May 2012.

2. In 2011, the United States Agency for International Development (USAID) entered into a cooperative agreement with IRD, USAID Cooperative Agreement 306-A-00-11-00525. This agreement was part of a USAID-funded program referred to as the "Southern Regional Agriculture Development Program" (SRADP). The goal of the cooperative agreement was to increase long-term agricultural development and improve the incomes of farm families in various locations in Afghanistan. From the period of October 2011 through September 2012, IRD

received approximately in excess of $60 million from USAID under this cooperative agreement.

3.  Defendant **Green** worked for IRD as the Director of Contracts, Procurement and Grants for the SRADP. Among Defendant Green's responsibilities was that of administering the award of contracts, typically to Afghanistan firms, to provide goods and services as a contractor to IRD under the SRADP.

4.  An Afghan named "HW" was associated with an Afghan company that provided agriculture-related products, and dealt with Defendant **Green** in connection with seeking and obtaining subcontracts from IRD.

5.  From on or about March 2, 2012 through on or about April 3, 2/02 [2012/WHD], Defendant **Green** obtained and received approximately $20,000 in cash from unknown sources in Afghanistan, approximately $15,000 of which he caused to be wired to the joint account he maintained with his wife in three separate transactions of approximately $5,000 each, and approximately $5,000 of which he caused to be wired to the account of an automobile dealer in San Severino Marche, Italy.

**Criminal Conduct**

6.  On or about the following dates and in the following amounts, specified for each of Counts One, Two, and Three as set forth in the table that is part of this Paragraph, Defendant **George E. Green** did corruptly solicit, demand, accept and agree to accept a thing of value from HW, intending to be influenced and rewarded in connection with a transaction and series of transactions of IRD under the SRADP involving $5,000 or more:

| COUNT | DATE | APPROXIMATE MOUNT | DESCRIPTION OF PAYMENT AND/OR SOLICITATION |
|---|---|---|---|
| One | April 3, 2012 | $7,500 | Wire payment by HW to Italian car dealer for use and benefit of the DEFENDANT |
| Two | April 8, 2012 | $7,500 | Wire payment by HW to Italian car dealer for use and benefit of the DEFENDANT |
| Three | March 29, 2012 to April 19, 2012 | $51,000 | Cash solicited from HW by DEFENDANT for delivery to DEFENDANT in Dubai |

Each Count in violation of Title 18, United States Code, Section 666(a)(1)(B) (Receipt and Solicitation of Bribes by Agent of Organization Receiving Federal Funds).

### Count Four

Violation: 18 U.S.C. § 371
(Conspiracy to Commit the Offense of Structuring Financial Transactions, in violation of 31 U.S.C. § 5324(a)(3))

**Introduction**

At all times material to this Count:

1. Defendant **George E. Green** was employed in Afghanistan by a company called International Relief and Development (IRD) from approximately December 2011 through the beginning of May 2012.

2. Co-Conspirator #1 is an individual related to the Defendant.

3. Title 31, United States Code, Section 5313(a), and the regulations promulgated thereunder, required that financial institutions, including banks, file Currency Transaction Reports of each deposit, withdrawal, exchange of currency and other payment and transfer, by, through,

and to such financial institution that involved a transaction in currency of more than $10,000.

**The Conspiracy and its Objects**

4.   From on or about April 28, 2012 through in or about August 2012, in the Eastern District of Texas, Defendant **George E. Green** conspired with Co-Conspirator #1 to commit an offense against the United States, that is, structuring financial transactions with domestic financial institutions to evade currency reporting requirements, in violation of Title 31, United States Code, Section 5324(a)(3).

**Manner and Means of the Conspiracy**

5.   It was part of the manner and means of the conspiracy that Defendant **Green** and Co-Conspirator #1 would, among other things, do the following:

   a.   Co-Conspirator #1 would enter the United States with approximately over $31,000 in United States currency;

   b.   Co-Conspirator #1 and Defendant **Green** would communicate by email about "start[ing] the depositing process;"

   c.   Defendant Green would return from Afghanistan to his residence in Carrollton, Texas, with cash; and

   d.   From in or about May 2012 through in or about August 2012, Co-Conspirator #1 and/or Defendant Green would deposit cash on several occasions into personal bank accounts and as payments on a bank credit card, with no deposit in excess of $10,000, but with a total in excess of $10,000.

**Overt Acts**

6.  On or about the following dates, as representative of the manner and means of the conspiracy and in furtherance and execution and attempted execution of the conspiracy, in the Eastern District of Texas and elsewhere, Defendant **George E. Green** and/or Co-Conspirator #1 committed the following overt acts, among others:

a.  On or about April 28, 2012, Co-Conspirator #1 sent an email from the Eastern District of Texas to Defendant **Green** stating: "I will pay bills tomorrow and start the depositing process. I'm going to deposit into your account also."

b.  On or about the following dates, each date constituting a separate overt act, Defendant **Green** and/or Co-Conspirator #1 deposited the following amounts of cash into the specified account, at financial institutions located in the Eastern District of Texas:

  i.    May 1, 2012 $8,000 into account 2748 (joint account)

  ii.   May 8, 2012  $5,000 into account 8532 (Defendant's credit card)

  iii.  May 21, 2012 $3,700 into account 2748

  iv.   May 21, 2012 $5,000 into account 8532

  v.    June 28, 2012 $1,600 into account 2748 [handwritten initials]

  vi.   July 10, 2012 $3,000 into account 2748

  vii.  July 10, 2012 $5,000 into account 5310 (joint account)

  viii. July 20, 2012 $8,000 into account 5310

  ix.   August 16, 2012 $5,000 into account 2748.

In violation of Title 18, United States Code, Section 371.

## Count Five

Violation: 18 U.S.C. § 1343
(Wire Fraud)

## Introduction

1. Paragraphs One through Three of Count One are realleged and incorporated as if set forth in full.

2. "HZ" and "HH" were Aghan nationals associated with an Afghan company, hereafter referred to as "Company #1," in the business of providing certain energy-related products and services. HZ and HH dealt with Defendant **Green** while he was employed by IRD in connection with seeking and obtaining contracts for Company #1 from IRD.

## The Scheme and Artifice to Defraud

3. From on or about May 19, 2012 through on or about October 2, 2012, in the Eastern District of Texas and elsewhere, Defendant **George E. Green** devised, and intended to devise, a scheme and artifice to defraud Company #1 and its agents and to obtain from Company #1 and its agents money and property by means of materially false and fraudulent pretenses and representations.

## Description of the Scheme and Artifice to Defraud

4. It was part of the scheme to defraud that Defendant **Green** would pretend and represent to HH and HZ that he (**Green**) had the power to influence the award of contracts and/or to influence the withholding of the award of contracts to Company #1, and that he would cause and/or assist HZ and HH to obtain such contracts for Company #1 and refrain from causing Company #1 to not obtain contacts if HZ and HH were to pay him money or things of value; when, in truth and in fact, as Defendant **Green** then well knew, he was unemployed, living in Texas, had

no such power, and said pretenses and representations were false and fraudulent.

**Execution of the Scheme**

5. On numerous dates from on or about May 19, 2012, to on or about October 2, 2012, for the purpose of executing and attempting to execute the scheme and artifice to defraud, Defendant **George E. Green** transmitted and caused to be transmitted by means of wire, writings, sign, signals and sounds in interstate and foreign commerce, that is, electronic chats between Defendant **Green** in the Eastern District of Texas, and HH and HZ in Afghanistan and elsewhere.

In violation of Title 18, United States Code, Section 1343.

A TRUE BILL

_____
GRAND JURY FOREPERSON

_____
WILLIAM J. STELLMACH
ACTING CHIEF
FRAUD SECTION

_____
MARK H. DUBESTER
SPECIAL TRIAL ATTORNEY

12-10-14
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 4:14CR |
| | § | Judge |
| GEORGE E. GREEN | § | |

## NOTICE OF PENALTY

### Counts One - Three

Violation: 18 U.S.C. § 666(a)(1)(B)

Penalty: Not more than ten years imprisonment, a fine not to exceed $250,000, or not more than the greater of twice the gross gain to the defendant or twice the gross loss to one other than the defendant, or both; supervised release of not more than three years.

Special
Assessment: $100.00

### Count Four

Violation: 18 U.S.C. § 371

Penalty: Not more than five years imprisonment, a fine not to exceed $250,000, or not more than the greater of twice the gross gain to the defendant or twice the gross loss to one other than the defendant, or both; supervised release of not more than three years.

Special
Assessment: $100.00

### Count Five

Violation: 18 U.S.C. § 1343

Penalty: Not more than twenty years imprisonment, a fine not to exceed $250,000, or not more than the greater of twice the gross gain to the defendant or twice the gross loss to one other than the defendant, or both; supervised release of not more than three years.

Special
Assessment: $100.00

GREEN - NOTICE OF PENALTY